**Abatement Order and Dissent to Order filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-19-00877-CR
_____

**ROBERT MARK TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CR-3074**

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Marcus J. Fleming. On January 11, 2021, retained counsel Nicholas Saranto filed a motion for substitution of counsel. The motion was denied because it did not reflect it was delivered to appellant. *See* Tex. R. App. P. 6.5(b), (d). On February 11, 2021, Saranto filed an amended motion for substitution of counsel. The motion complies with the rule. *Id.* A motion to substitute presumes current counsel is withdrawing.

*See* Tex. R. App. P. 6.5(d). Because the withdrawing attorney was appointed by the trial court, we enter the following order.

We ORDER the judge of the 405th District Court to consider whether to permit Marcus. J. Fleming to withdraw. If Marcus. J. Fleming is permitted to withdraw, the judge shall see that a record of any hearing is made and shall order the trial clerk to forward a record of the hearing, if any, and a supplemental clerk's record containing any orders permitting Marcus. J. Fleming to withdraw. Those records shall be filed with the clerk of this court within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental record(s) are filed in this court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wilson and Spain.